# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | TRUST #4 (See Part VIII) |
| 2. | Co-Trustee | TRUST #5 |
| 3. | Director | Codman Academy Foundation Inc, Dorchester, MA |
| 4. | Director | Board of the Federal Judges Association |
| 5. | Member | Audit Committee and Trust of the National Academy of Arts and Sciences |
| 6. | Trustee | TRUST #38 (See Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2019 | HARVARD BUSINESS PUBLISHING, MA - Royalties |
| 3. 2019 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2019 | SRB CORPORATION - Advisory fee |
| 5. 2019 | LONG POINT REAL ESTATE - Advisory fee |
| 6. 2019 | JONATHAN ROSE COMPANIES - Advisory fee |
| 7. 2019 | REGENT PARTNERS - Advisory fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Venture Investors Fund, LP | | None | | | Sold | 12/31/19 | J | | See Part VIII |
| 2. Tucker Anthony Private Equity Fund III | | None | | | Sold | 12/12/19 | J | | See Part VIII |
| 3. Trust # 5 (H) | | | | | | | | | |
| 4. - Baupost Value Partners LP I | | None | | | Redeemed | 12/31/19 | P1 | | See Part VIII |
| 5. - Kensico Offshore Fd Ltd LP | | None | P1 | W | | | | | |
| 6. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | G | Dividend | P1 | T | | | | | |
| 7. - Frontier MFG Global Eq-Inst (FMGEX) mutual fund | G | Dividend | P1 | T | | | | | |
| 8. - First Republic Bank, Bank account (cash account) | E | Interest | O | T | | | | | |
| 9. Trust # 10 (H) | | | | | | | | | |
| 10. - Britehouse life, universal Life insurance** See Part VIII Note | | None | P1 | W | | | | | |
| 11. Trust # 11 (H) | | | | | | | | | |
| 12. - Sun Life Assurance, universal life insurance | | None | P1 | W | | | | | |
| 13. - Manufacturers Life Ins, universal life (John Hancock) | | None | P1 | W | | | | | |
| 14. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | A | Dividend | | | Sold (part) | 06/24/19 | J | A | |
| 15. | | | | | Sold | 06/24/19 | L | D | |
| 16. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | | | Open | 01/03/19 | J | | |
| 17. | | | | | Buy (add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 20. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 24. | | | | | Sold | 06/24/19 | J | | |
| 25. IRA Rollover (H) | | | | | | | | | |
| 26. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | L | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 02/01/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 07/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 36. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 37. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 38. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 39. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 40. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 41. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 42. | | | | | Sold (part) | 08/27/19 | K | | |
| 43. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | E | Dividend | P1 | T | | | | | |
| 44. Battery Ventures VI L.P. | | None | | | Redeemed | 02/26/19 | J | | See Part VIII |
| 45. Park St Capl Natural Res Fd L.P. | | None | J | U | | | | | |
| 46. US Fidenza LLC | | None | K | U | | | | | |
| 47. Park St Capital V LP | F | Distribution | K | U | | | | | |
| 48. Friends of Lime Rock III LP | D | Distribution | | | Buy (add'l) | 11/22/19 | J | | |
| 49. | | | | | Redeemed | 11/22/19 | K | | See Part VIII |
| 50. Highfields Capital II LP | E | Distribution | J | W | | | | | |
| 51. Park St Natural Resource Fund II Combined (Private Equity) | E | Distribution | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Park Street Capital VI (Private Equity Fd) | D | Distribution | M | U | | | | | |
| 53. Patron Capital LP II (private equity) | G | Distribution | M | W | | | | | |
| 54. US Dublin LLC | | None | N | W | | | | | |
| 55. Europa Fund II US LP | E | Distribution | J | W | | | | | |
| 56. Weston Presidio V LP | | None | K | W | | | | | |
| 57. Trust # 18 (H) | | | | | | | | | |
| 58. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 59. - First Republic Bank, Bank account (cash account) | B | Interest | M | T | | | | | |
| 60. Trust # 19 (H) | | | | | | | | | |
| 61. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | Distributed (part) | 05/22/19 | P1 | | See Part VIII |
| 62. - First Republic Bank, Bank account (cash account) | B | Interest | M | T | | | | | |
| 63. Trust # 20 (H) | | | | | | | | | |
| 64. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 65. - First Republic Bank, Bank account (cash account) | C | Interest | O | T | | | | | |
| 66. Trust # 21 (H) | | | | | | | | | |
| 67. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 68. - First Republic Bank, Bank account (cash account) | B | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Park St Cap Priv Eq Fd VII A LP | E | Distribution | L | U | | | | | |
| 70. | Park St Cap Natural Res Fd III LP combined (priv Eq) | E | Distribution | N | U | | | | | |
| 71. | TA X LP (Priv Eq) | E | Distribution | J | U | | | | | |
| 72. | Federated US Treas Cash Rsv cash eq mutual fd | | None | | | Sold | 01/01/19 | J | | |
| 73. | Local Motors Series A pfd stock | | None | J | W | | | | | |
| 74. | PSC Luxembourg Hldgs LLC | | None | J | U | | | | | |
| 75. | Trust # 22 (H) | | | | | | | | | |
| 76. | - Hephaestion LP | | None | | | Distributed | 06/30/19 | J | | See Part VIII |
| 77. | - Hephaestion Co-invest I LP | | None | | | Distributed | 06/30/19 | J | | See Part VIII |
| 78. | - Porus Invt Hldg Co Ltd LP | | None | | | Distributed | 06/30/19 | J | | See Part VIII |
| 79. | - Xander Master Fund LLC | | None | | | Distributed | 06/30/19 | J | | See Part VIII |
| 80. | - Ptolemy Finance LLC (private eq) | | None | | | Distributed | 06/30/19 | P2 | | See Part VIII |
| 81. | - MECM Investments, LLC interest | F | Distribution | | | Distributed | 06/30/19 | P1 | | See Part VIII |
| 82. | - First Republic Bank, Bank account (cash account) | C | Interest | | | Distributed | 06/30/19 | K | | See Part VIII |
| 83. | Trust # 23 (H) | | | | | | | | | |
| 84. | - Int in MECM Investments LLC (privately held) | F | Distribution | O | W | | | | | |
| 85. | - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Trust # 24 (H) | | | | | | | | | |
| 87. | - Int in MECM Investments LLC (privately held) | E | Distribution | P1 | W | | | | | |
| 88. | - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 89. | Trust # 25 (H) | | | | | | | | | |
| 90. | - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 91. | - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 92. | Trust # 26 (H) | | | | | | | | | |
| 93. | - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 94. | - First Republic Bank, Bank account (cash account) | C | Interest | N | T | | | | | |
| 95. | Liveprocess Corp Ser A pfd stock | | None | J | T | | | | | |
| 96. | Meridia Capital LP | | None | J | U | | | | | |
| 97. | Meta4 Group Ltd LP | | None | J | U | | | | | |
| 98. | Middle East North Africa Opportunities Fd, LP | | None | J | W | | | | | |
| 99. | Trust # 27 (H) | | | | | | | | | |
| 100. | - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 101. | - First Republic Bank, Bank account (cash account) | A | Interest | N | T | | | | | |
| 102. | - First Republic Bank, Bank account (cash account 2) (x) | A | Interest | K | T | Open | 02/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Hephaestion LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 104.   - Hephaestion Co Inv I LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 105.   - Porus Inv Hldg Co Ltd (x) | | None | J | W | Open | 06/30/19 | J | | |
| 106.   - Xander Master Fund LLC (x) | | None | J | W | Open | 06/30/19 | J | | |
| 107.   - Ptolemy Holdings Trust (x) | | None | P1 | W | Open | 06/30/19 | P1 | | |
| 108.   Trust # 28 (H) | | | | | | | | | |
| 109.   - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 110.   - Vanguard Dvd Apprec Ind-adm (VDADX) | D | Dividend | N | T | | | | | |
| 111.   - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | C | Dividend | M | T | | | | | |
| 112.   - First Republic Bank, Bank account (cash account) | B | Interest | N | T | | | | | |
| 113.   - First Republic Bank, Bank account (cash account 2) (x) | A | Interest | L | T | Open | 02/15/19 | J | | |
| 114.   - Hephaestion LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 115.   - Hephaestion Co Inv I LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 116.   - Porus Inv Hldg Co Ltd (x) | | None | J | W | Open | 06/30/19 | J | | |
| 117.   - Xander Master Fund LLC (x) | | None | J | W | Open | 06/30/19 | J | | |
| 118.   - Ptolemy Holdings Trust (x) | | None | P1 | W | Open | 06/30/19 | P1 | | |
| 119.   RBC (Royal Bank of Canada), bank accounts | D | Interest | P1 | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Gold boullion | | None | P1 | T | | | | | |
| 121.  MECM Investments LLC (H) | | | | | | | | | |
| 122.  - Chatham Cty GA Municipal Bds | E | Interest | | | Redeemed | 08/01/19 | M | | See Part VIII |
| 123.  - Gold Bullion | | None | P1 | T | | | | | |
| 124.  - Hawaii St bds, municipal bds | D | Interest | | | Redeemed | 02/01/19 | N | | See Part VIII |
| 125.  - MA St Dev Fin Agy Bds, municipal bds | E | Interest | O | T | Redeemed (part) | 07/01/19 | M | | See Part VIII |
| 126.  - WI St Trans Rev Bds, municipal bds | D | Interest | | | Redeemed (part) | 07/01/19 | L | | |
| 127. | | | | | Redeemed | 07/01/19 | L | | See Part VIII |
| 128.  - CHARLESTON CNTY S C 5% 11-01-2021 BEO | E | Interest | N | T | | | | | |
| 129.  - Frederick Cty MD municipal bds | A | Interest | J | T | | | | | |
| 130.  - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | D | Distribution | K | W | | | | | |
| 131.  - Lone Star Fund VII (U.S.), LP (priv equity) | | None | J | W | | | | | |
| 132.  - PS Opportunities Onshore LP (priv equity) | H1 | Distribution | M | W | | | | | |
| 133.  - PA Econ Dev Fing Auth municipal bds | D | Interest | | | Sold (part) | 01/02/19 | M | | |
| 134. | | | | | Sold | 07/01/19 | L | | See Part VIII |
| 135.  - University Utah University Revs (municipal Bds) | D | Interest | N | T | | | | | |
| 136.  - MA St Sch Bldg Auth (municipal bds) | D | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Frontier MFG Global Equity Fd Instl (FMGEX) mutual fd | | None | | | Merged (with line 381) | 01/01/19 | P1 | | See Part VIII |
| 138. - Morehead St Univ KY municipal bds | E | Interest | N | T | | | | | |
| 139. - Stratford CT municipal bds | E | Interest | N | T | | | | | |
| 140. - Western Mich Univ Rev municipal bds | D | Interest | | | Redeemed | 11/15/19 | M | | See Part VIII |
| 141. - DL Partners Opportunities Fd LP (private eq) | | None | | | Redeemed | 10/21/19 | P1 | | See Part VIII |
| 142. - Franklin IND Cmnty-Sch Bldg municipal bds | D | Interest | N | T | | | | | |
| 143. - MARYLAND ST 5% 08-01-2025 BEO | C | Interest | M | T | | | | | |
| 144. - Edgbaston Asian Equity Trust (private eq) | | None | P1 | W | | | | | |
| 145. - Oakland Univ Mich Rev municipal fds | D | Interest | M | T | | | | | |
| 146. - MFB Northern Funds US Govt money mkt (cash equiv) | D | Dividend | M | T | | | | | |
| 147. - Governors Lane Onshore Fund LP (private equity) | F | Distribution | L | W | Redeemed (part) | 07/22/19 | N | | |
| 148. | | | | | Redeemed (part) | 10/21/19 | N | | See Part VIII |
| 149. - Waterline Ventures II LP (private equity) | | None | N | W | Buy (add'l) | 04/11/19 | K | | |
| 150. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 151. | | | | | Buy (add'l) | 09/17/19 | K | | |
| 152. | | | | | Buy (add'l) | 11/05/19 | K | | |
| 153. - Regent Opportunity Fund IV, LLC (private equity) | | None | N | W | Buy (add'l) | 08/15/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 12/17/19 | K | | |
| 155.  - US Bank Security acct (H) | | | | | | | | | |
| 156.  - First Am US Treas mm CL Z cash equiv<br>(mutual fd) | G | Dividend | P2 | T | Buy<br>(add'l) | 01/30/19 | P2 | | |
| 157. | | | | | Buy<br>(add'l) | 01/18/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 01/18/19 | N | | |
| 159. | | | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 160. | | | | | Buy<br>(add'l) | 01/25/19 | L | | |
| 161. | | | | | Buy<br>(add'l) | 01/28/19 | K | | |
| 162. | | | | | Buy<br>(add'l) | 01/29/19 | K | | |
| 163. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 02/06/19 | K | | |
| 166. | | | | | Buy<br>(add'l) | 02/13/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 02/27/19 | K | | |
| 170. | | | | | Buy<br>(add'l) | 02/18/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 03/08/19 | O | | |
| 173. | | | | | Buy<br>(add'l) | 03/08/19 | L | | |
| 174. | | | | | Buy<br>(add'l) | 03/12/19 | K | | |
| 175. | | | | | Buy<br>(add'l) | 03/21/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 03/21/19 | P1 | | |
| 177. | | | | | Buy<br>(add'l) | 03/28/19 | P1 | | |
| 178. | | | | | Buy<br>(add'l) | 04/01/19 | K | | |
| 179. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 04/03/19 | N | | |
| 181. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 04/16/19 | P1 | | |
| 184. | | | | | Buy<br>(add'l) | 04/17/19 | L | | |
| 185. | | | | | Buy<br>(add'l) | 04/23/19 | N | | |
| 186. | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 187. | | | | | Buy<br>(add'l) | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/30/19 | K | | |
| 189. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 190. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 191. | | | | | Buy (add'l) | 05/06/19 | K | | |
| 192. | | | | | Buy (add'l) | 05/07/19 | L | | |
| 193. | | | | | Buy (add'l) | 05/08/19 | L | | |
| 194. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 195. | | | | | Buy (add'l) | 05/23/19 | M | | |
| 196. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 197. | | | | | Buy (add'l) | 05/29/19 | J | | |
| 198. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 199. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 200. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 201. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 202. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 203. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 204. | | | | | Buy (add'l) | 06/21/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 206. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 07/01/19 | P1 | | |
| 208. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 210. | | | | | Buy<br>(add'l) | 07/09/19 | P2 | | |
| 211. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 212. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 213. | | | | | Buy<br>(add'l) | 07/17/19 | L | | |
| 214. | | | | | Buy<br>(add'l) | 07/19/19 | K | | |
| 215. | | | | | Buy<br>(add'l) | 07/23/19 | N | | |
| 216. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 217. | | | | | Buy<br>(add'l) | 07/31/19 | K | | |
| 218. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 219. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 220. | | | | | Buy<br>(add'l) | 08/08/19 | P2 | | |
| 221. | | | | | Buy<br>(add'l) | 08/09/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 223. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 08/22/19 | K | | |
| 225. | | | | | Buy<br>(add'l) | 08/26/19 | L | | |
| 226. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 08/30/19 | L | | |
| 228. | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 229. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 231. | | | | | Buy<br>(add'l) | 09/17/19 | K | | |
| 232. | | | | | Buy<br>(add'l) | 09/19/19 | K | | |
| 233. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 09/27/19 | L | | |
| 235. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 10/04/19 | K | | |
| 237. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 10/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 10/21/19 | P1 | | |
| 240. | | | | | Buy<br>(add'l) | 10/22/19 | N | | |
| 241. | | | | | Buy<br>(add'l) | 10/23/19 | P1 | | |
| 242. | | | | | Buy<br>(add'l) | 10/24/19 | P1 | | |
| 243. | | | | | Buy<br>(add'l) | 10/29/19 | L | | |
| 244. | | | | | Buy<br>(add'l) | 10/30/19 | J | | |
| 245. | | | | | Buy<br>(add'l) | 10/31/19 | K | | |
| 246. | | | | | Buy<br>(add'l) | 11/01/19 | K | | |
| 247. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 11/05/19 | P1 | | |
| 249. | | | | | Buy<br>(add'l) | 11/08/19 | L | | |
| 250. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |
| 252. | | | | | Buy<br>(add'l) | 11/21/19 | L | | |
| 253. | | | | | Buy<br>(add'l) | 11/22/19 | K | | |
| 254. | | | | | Buy<br>(add'l) | 11/26/19 | L | | |
| 255. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 257. | | | | | Buy (add'l) | 12/05/19 | J | | |
| 258. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 259. | | | | | Buy (add'l) | 12/19/19 | P1 | | |
| 260. | | | | | Buy (add'l) | 12/23/19 | K | | |
| 261. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 262. | | | | | Sold (part) | 01/04/19 | J | | |
| 263. | | | | | Sold (part) | 01/08/19 | L | | |
| 264. | | | | | Sold (part) | 01/16/19 | L | | |
| 265. | | | | | Sold (part) | 01/22/19 | P1 | | |
| 266. | | | | | Sold (part) | 01/22/19 | P1 | | |
| 267. | | | | | Sold (part) | 01/28/19 | J | | |
| 268. | | | | | Sold (part) | 01/31/19 | N | | |
| 269. | | | | | Sold (part) | 02/07/19 | K | | |
| 270. | | | | | Sold (part) | 02/15/19 | L | | |
| 271. | | | | | Sold (part) | 02/25/19 | J | | |
| 272. | | | | | Sold (part) | 03/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 03/20/19 | K | | |
| 274. | | | | | Sold (part) | 03/22/19 | N | | |
| 275. | | | | | Sold (part) | 03/26/19 | J | | |
| 276. | | | | | Sold (part) | 03/26/19 | N | | |
| 277. | | | | | Sold (part) | 03/29/19 | P2 | | |
| 278. | | | | | Sold (part) | 04/03/19 | L | | |
| 279. | | | | | Sold (part) | 04/08/19 | O | | |
| 280. | | | | | Sold (part) | 04/11/19 | K | | |
| 281. | | | | | Sold (part) | 04/15/19 | J | | |
| 282. | | | | | Sold (part) | 04/18/19 | P1 | | |
| 283. | | | | | Sold (part) | 04/24/19 | K | | |
| 284. | | | | | Sold (part) | 04/25/19 | J | | |
| 285. | | | | | Sold (part) | 04/25/19 | K | | |
| 286. | | | | | Sold (part) | 05/10/19 | M | | |
| 287. | | | | | Sold (part) | 05/17/19 | L | | |
| 288. | | | | | Sold (part) | 05/20/19 | L | | |
| 289. | | | | | Sold (part) | 05/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 05/31/19 | K | | |
| 291. | | | | | Sold (part) | 06/07/19 | L | | |
| 292. | | | | | Sold (part) | 06/11/19 | P1 | | |
| 293. | | | | | Sold (part) | 06/20/19 | N | | |
| 294. | | | | | Sold (part) | 06/25/19 | J | | |
| 295. | | | | | Sold (part) | 06/26/19 | J | | |
| 296. | | | | | Sold (part) | 06/28/19 | O | | |
| 297. | | | | | Sold (part) | 06/28/19 | K | | |
| 298. | | | | | Sold (part) | 07/02/19 | K | | |
| 299. | | | | | Sold (part) | 07/11/19 | J | | |
| 300. | | | | | Sold (part) | 07/11/19 | J | | |
| 301. | | | | | Sold (part) | 07/15/19 | P2 | | |
| 302. | | | | | Sold (part) | 07/17/19 | L | | |
| 303. | | | | | Sold (part) | 07/18/19 | J | | |
| 304. | | | | | Sold (part) | 07/22/19 | L | | |
| 305. | | | | | Sold (part) | 07/23/19 | L | | |
| 306. | | | | | Sold (part) | 07/24/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 308. | | | | | Sold<br>(part) | 07/26/19 | M | | |
| 309. | | | | | Sold<br>(part) | 07/30/19 | M | | |
| 310. | | | | | Sold<br>(part) | 08/01/19 | J | | |
| 311. | | | | | Sold<br>(part) | 08/01/19 | L | | |
| 312. | | | | | Sold<br>(part) | 08/02/19 | J | | |
| 313. | | | | | Sold<br>(part) | 08/13/19 | J | | |
| 314. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 315. | | | | | Sold<br>(part) | 08/16/19 | K | | |
| 316. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 317. | | | | | Sold<br>(part) | 08/26/19 | J | | |
| 318. | | | | | Sold<br>(part) | 08/26/19 | K | | |
| 319. | | | | | Sold<br>(part) | 09/06/19 | L | | |
| 320. | | | | | Sold<br>(part) | 09/09/19 | P1 | | |
| 321. | | | | | Sold<br>(part) | 09/18/19 | K | | |
| 322. | | | | | Sold<br>(part) | 09/30/19 | O | | |
| 323. | | | | | Sold<br>(part) | 10/01/19 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 10/02/19 | N | | |
| 325. | | | | | Sold (part) | 10/07/19 | J | | |
| 326. | | | | | Sold (part) | 10/15/19 | J | | |
| 327. | | | | | Sold (part) | 10/17/19 | L | | |
| 328. | | | | | Sold (part) | 10/18/19 | K | | |
| 329. | | | | | Sold (part) | 10/24/19 | P1 | | |
| 330. | | | | | Sold (part) | 10/25/19 | K | | |
| 331. | | | | | Sold (part) | 10/28/19 | P1 | | |
| 332. | | | | | Sold (part) | 10/29/19 | J | | |
| 333. | | | | | Sold (part) | 11/04/19 | P1 | | |
| 334. | | | | | Sold (part) | 11/04/19 | K | | |
| 335. | | | | | Sold (part) | 11/25/19 | J | | |
| 336. | | | | | Sold (part) | 12/02/19 | J | | |
| 337. | | | | | Sold (part) | 12/04/19 | K | | |
| 338. | | | | | Sold (part) | 12/10/19 | L | | |
| 339. | | | | | Sold (part) | 12/12/19 | L | | |
| 340. | | | | | Sold (part) | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 12/17/19 | K | | |
| 342. | | | | | Sold<br>(part) | 12/18/19 | K | | |
| 343. | | | | | Sold<br>(part) | 12/20/19 | P1 | | |
| 344. | | | | | Sold<br>(part) | 12/20/19 | P1 | | |
| 345. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 346. | | | | | Sold<br>(part) | 12/26/19 | P1 | | |
| 347. | | | | | Sold<br>(part) | 12/27/19 | J | | |
| 348. | | | | | Sold<br>(part) | 12/30/19 | P1 | | |
| 349.  - Independent Fran Part EQ FD (mutual FD) | F | Dividend | P1 | T | | | | | |
| 350.  - Euro Currency (cash equiv) | | None | J | T | Open | 01/07/19 | J | | |
| 351. | | | | | Buy<br>(add'l) | 01/07/19 | L | | |
| 352. | | | | | Buy<br>(add'l) | 02/13/19 | L | | |
| 353. | | | | | Buy<br>(add'l) | 02/18/19 | L | | |
| 354. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 355. | | | | | Buy<br>(add'l) | 04/23/19 | L | | |
| 356. | | | | | Buy<br>(add'l) | 06/27/19 | K | | |
| 357. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 07/24/19 | M | | |
| 359. | | | | | Buy (add'l) | 07/30/19 | L | | |
| 360. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 361. | | | | | Buy (add'l) | 08/19/19 | K | | |
| 362. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 363. | | | | | Buy (add'l) | 10/10/19 | L | | |
| 364. | | | | | Buy (add'l) | 10/28/19 | K | | |
| 365. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 366. | | | | | Sold (part) | 01/08/19 | J | | |
| 367. | | | | | Sold (part) | 01/08/19 | L | | |
| 368. | | | | | Sold (part) | 02/15/19 | L | | |
| 369. | | | | | Sold (part) | 02/18/19 | L | | |
| 370. | | | | | Sold (part) | 04/15/19 | J | | |
| 371. | | | | | Sold (part) | 04/24/19 | L | | |
| 372. | | | | | Sold (part) | 06/28/19 | K | | |
| 373. | | | | | Sold (part) | 07/11/19 | J | | |
| 374. | | | | | Sold (part) | 07/26/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold<br>(part) | 08/01/19 | L | | |
| 376. | | | | | Sold<br>(part) | 08/13/19 | J | | |
| 377. | | | | | Sold<br>(part) | 08/21/19 | K | | |
| 378. | | | | | Sold<br>(part) | 10/07/19 | J | | |
| 379. | | | | | Sold<br>(part) | 10/29/19 | L | | |
| 380. | | | | | Sold<br>(part) | 12/02/19 | J | | |
| 381. - Frontegra MFG Global Equity Instl (mutual FD) | G | Dividend | P2 | T | Buy<br>(add'l) | 01/22/19 | P1 | | |
| 382. | | | | | Buy<br>(add'l) | 10/01/19 | P1 | | |
| 383. - Vanguard Dividend Apprec IDX Admiral (mutual fd) | C | Dividend | M | T | | | | | |
| 384. - ishares MSCI World ETF (x) | E | Dividend | P1 | T | Open | 07/15/19 | P2 | | |
| 385. | | | | | Sold<br>(part) | 10/21/19 | P1 | E | |
| 386. | | | | | Sold<br>(part) | 10/21/19 | M | B | |
| 387. | | | | | Sold<br>(part) | 12/17/19 | P1 | F | |
| 388. - Castlelake V LPs (private equity) | | None | P1 | W | Buy<br>(add'l) | 07/23/19 | L | | |
| 389. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |
| 390. - Berkshire Wind Pwr Coop Corp Mass municipal bds | D | Interest | N | T | | | | | |
| 391. - BURLINGTON CNTY N J FLTG RT 2.5% 01-15-2026 BEO | D | Interest | | | Sold | 03/19/19 | O | | See Part VIII |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. - MARICOPA CNTY ARIZ SCH DIST NO 001 PHOENIX ELEM 5% 07-01-2026 BEO | E | Interest | | | Sold | 03/19/19 | O | | See Part VIII |
| 393. - ODESSA TEX JR COLLEGE DIST 5% 08-15-2027BEO | D | Interest | | | Sold | 03/19/19 | O | | See Part VIII |
| 394. - SAN ANTONIO TEX WTR REV 5% 05-15-2026 BEO | D | Interest | | | Sold | 03/19/19 | O | | See Part VIII |
| 395. - SPRINGFIELD MASS WTR & SWR COMMN REV 5% 04-15-2026 BEO | E | Interest | N | T | | | | | |
| 396. - WA Multnomah & Yamhill Cntys municipal bds | D | Interest | N | T | | | | | |
| 397. - Brookside Cap Partners Fd LP | E | Distribution | K | W | | | | | |
| 398. - Marathon UCITS Funds - International Equity F(private equity) | | None | | | Redeemed | 08/18/19 | P2 | | See Part VIII |
| 399. - Summit Ptrns Priv Eq Fd VII-A | E | Distribution | N | W | | | | | |
| 400. - Hony Capital Fund 2008, LP | G | Distribution | N | U | | | | | |
| 401. - Lone Star Fund VI (US), LP | F | Distribution | N | U | | | | | |
| 402. - Lone Star Europe Holdings (US), LP | F | Distribution | M | U | | | | | |
| 403. - Lone Star Real Estate Fund (US), LP | | None | L | U | | | | | |
| 404. - Lime Rock Partners VI LP (private equity) | D | Distribution | N | U | Buy (add'l) | 03/26/19 | J | | |
| 405. | | | | | Buy (add'l) | 12/20/19 | K | | |
| 406. - Lone Star Fund VIII (US) LP (private equity) | E | Distribution | O | U | | | | | |
| 407. - Lone Star Real Estate Fund III (US), LP (private eq) | G | Distribution | N | U | | | | | |
| 408. - Castlelake IV LP (private eq) | G | Distribution | P1 | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.   - CL IV Inc LLC (private eq) | | None | | | Merged (with line 408) | 01/01/19 | P1 | | |
| 410.   - Lime Rock Partners VII LP (private eq) | E | Distribution | P1 | U | Buy (add'l) | 03/22/19 | K | | |
| 411. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 412. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 413.   - Lone Star IX (US), LP (private eq) | E | Distribution | P1 | U | | | | | |
| 414.   - Aria Investment Partners LP LLC (private equity) | D | Distribution | O | U | Buy (add'l) | 09/27/19 | K | | |
| 415.   - Centerbridge Cap Ptnrs LPs (Priv. Eq) | F | Distribution | M | U | | | | | |
| 416.   - MP Fund I LP (private eq) | B | Distribution | N | U | | | | | |
| 417.   - Kildare European Partners I, LP (private eq) | G | Distribution | N | U | | | | | |
| 418.   - Acacia Conservation Fund LP (private equity) - Artemis R E Prtnr | | None | P1 | W | | | | | |
| 419.   - Artemis R E Prtnrs Hlthcare Fd I LP (private equity) | G | Distribution | O | W | Buy (add'l) | 04/25/19 | K | | |
| 420. | | | | | Buy (add'l) | 06/20/19 | L | | |
| 421.   - Artemis Real Est Partners Fd I (NR) LP | G | Distribution | L | W | | | | | |
| 422.   - Artemis Real Est Partnrs Fd II LP | G | Distribution | O | W | Buy (add'l) | 07/02/19 | K | | |
| 423. | | | | | Buy (add'l) | 08/29/19 | K | | |
| 424.   - Baupost Val Partners LP II | | None | P2 | U | | | | | |
| 425.   - Abrams Capital Partners II LP | | None | P2 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Advent International GPE VIII-B LP (private equity) | | None | P1 | W | Buy (add'l) | 02/07/19 | K | | |
| 427. | | | | | Buy (add'l) | 03/22/19 | N | | |
| 428. | | | | | Buy (add'l) | 06/07/19 | L | | |
| 429. | | | | | Buy (add'l) | 07/27/19 | L | | |
| 430. | | | | | Buy (add'l) | 10/18/19 | K | | |
| 431. - Charlesbank Executives Fund IX, LP | | None | O | W | Buy (add'l) | 05/10/19 | M | | |
| 432. | | | | | Buy (add'l) | 07/15/19 | L | | |
| 433. | | | | | Buy (add'l) | 09/18/19 | K | | |
| 434. | | | | | Buy (add'l) | 10/17/19 | L | | |
| 435. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 436. - CX Partners Fd Limited (private eq) | F | Distribution | O | W | | | | | |
| 437. - Denham Oil & Gas Fd LP (private equity) | G | Distribution | O | W | Buy (add'l) | 03/26/19 | L | | |
| 438. | | | | | Buy (add'l) | 07/22/19 | L | | |
| 439. - Elliott Associates LP | | None | P2 | W | | | | | |
| 440. - FE Industrial Partners I LP | G | Distribution | N | W | Buy (add'l) | 05/20/19 | M | | |
| 441. | | | | | Buy (add'l) | 12/12/19 | L | | |
| 442. - Hephaestion II LP priv eq | E | Distribution | N | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  - Hephaestion III LP | F | Distribution | M | W | Buy (add'l) | 01/23/19 | J | | |
| 444. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 445.  - Hephaestion IV LP (private equity) | | None | P1 | W | | | | | |
| 446.  - Hephaestion Retail LP priv eq | | None | K | W | | | | | |
| 447.  - HighVista I LP | | None | P1 | W | | | | | |
| 448.  - Hillhouse Fund III LP (private equity) | G | Distribution | P1 | W | Buy (add'l) | 07/18/19 | J | | |
| 449.  - Hillhouse Fund IV, L.P. | E | Distribution | O | W | Buy (add'l) | 01/04/19 | J | | |
| 450. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 451. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 452. | | | | | Buy (add'l) | 07/30/19 | M | | |
| 453. | | | | | Buy (add'l) | 10/02/19 | N | | |
| 454. | | | | | Buy (add'l) | 12/10/19 | M | | |
| 455.  - Independent Franchise Partners US Eq Fd (IFPUX) mutual Fd | | None | | | Merged (with line 349) | 01/01/19 | P1 | | See part VIII |
| 456.  - Innovation works Development Fd II, LP (private equity) | | None | P1 | W | Buy (add'l) | 05/17/19 | K | | |
| 457.  - Kabouter International Opportunities Fd II LLC (private equity) | | None | P1 | W | | | | | |
| 458.  - Kensico Associates LP (private equity) | | None | P2 | W | Redeemed (part) | 07/01/19 | P1 | | |
| 459. | | | | | Redeemed (part) | 07/19/19 | K | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.   - Kildare European Partners II LP | G | Distribution | O | W | Buy (add'l) | 03/29/19 | M | | |
| 461. | | | | | Buy (add'l) | 04/08/19 | O | | |
| 462.   - Lime Rock Partners IV LP (combined) (private equities) | F | Distribution | J | W | | | | | |
| 463.   - Lime Rock Partners V, LP combined | D | Distribution | N | W | | | | | |
| 464.   - Long Pond Capital QP Fund, LP | | None | P1 | W | | | | | |
| 465.   - MFN Partners, LP | | None | P1 | W | Buy (add'l) | 01/31/19 | N | | |
| 466.   - NCP Fund I, LP (Nonantum Capital Partners Fund I) | | None | N | W | Buy (add'l) | 01/22/19 | J | | |
| 467. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 468. | | | | | Buy (add'l) | 06/20/19 | N | | |
| 469. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 470.   - Orion European Real Estate Fund II CV | | None | J | W | | | | | |
| 471.   - Orion European Real Estate Fund III CV | C | Distribution | M | W | Buy (add'l) | 01/08/19 | J | | |
| 472. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 473. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 474. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 475. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 476. | | | | | Buy (add'l) | 12/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Orion European Real Estate Fund IV CV | E | Distribution | O | W | Buy (add'l) | 01/08/19 | L | | |
| 478. | | | | | Buy (add'l) | 02/15/19 | L | | |
| 479.  - Orion European Real Estate Fund V SLP | G | Distribution | M | W | Buy (add'l) | 04/24/19 | L | | |
| 480. | | | | | Buy (add'l) | 06/28/19 | K | | |
| 481. | | | | | Buy (add'l) | 07/26/19 | M | | |
| 482. | | | | | Buy (add'l) | 08/01/19 | L | | |
| 483. | | | | | Buy (add'l) | 10/29/19 | K | | |
| 484.  - PAR Investment Partners LP (private equity) | | None | | | Redeemed (part) | 01/03/19 | P1 | | |
| 485. | | | | | Redeemed | 07/08/19 | P2 | | See Part VIII |
| 486.  - Penta Asia Long Short Fund LTD | E | Distribution | J | W | | | | | |
| 487.  - Polaris Vent Part Entrep Fd V LP | G | Distribution | O | W | Distributed (part) | 12/06/19 | K | | See Part VIII |
| 488.  - S Capital, L.P. | | None | M | W | Buy (add'l) | 01/28/19 | L | | |
| 489. | | | | | Buy (add'l) | 03/20/19 | K | | |
| 490. | | | | | Buy (add'l) | 04/03/19 | L | | |
| 491. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 492. | | | | | Buy (add'l) | 09/06/19 | L | | |
| 493. | | | | | Buy (add'l) | 11/27/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.  - Tekne Partners, LP (private equity) | | None | P1 | W | | | | | |
| 495.  - Thorntree Capital Fund LP | | None | P1 | W | | | | | |
| 496.  - Vanguard Dvd Apprec Ind-adm (VDADX) mutual FD | | None | | | Merged<br>(with line 383) | 01/01/19 | M | | See Part VIII |
| 497.  - X Investment Holding Ltd/Indian Dream Financial Advisors | | None | N | W | Buy<br>(add'l) | 07/23/19 | K | | |
| 498.  - MA St College Bds Municipal Bds | D | Interest | M | T | | | | | |
| 499.  - MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO | D | Interest | M | T | | | | | |
| 500.  - OREGON ST 5% 12-01-2020 BEO | D | Interest | N | T | | | | | |
| 501.  - Metropolitan St Louis, MO municipal fds | D | Interest | M | T | | | | | |
| 502.  - Castle Rock Colo Sales & Use Tax Rev municipal bds | C | Interest | M | T | | | | | |
| 503.  - Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds | D | Interest | N | T | | | | | |
| 504.  - EAGLE RIV COLO WTR & SANTN DIST ENTERPRISE WASTEWTR REV 5 12-01-202 | C | Interest | M | T | | | | | |
| 505.  - Florida St Brd Ed Pub municipal bds | B | Interest | | | Redeemed | 02/21/19 | M | | See Part VIII |
| 506.  - Massachusetts St Clean Wtr municipal bds | E | Interest | O | T | | | | | |
| 507.  - Minneapolis & St Paul MN Met Arpts Comm municipal bds | C | Interest | M | T | | | | | |
| 508.  - New York NY City HSG Dev Corp municipal bond | D | Interest | O | T | | | | | |
| 509.  - New York ST Dorm Auth Revs Non St municipal bond | E | Interest | | | Redeemed | 03/19/19 | O | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. - South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds | D | Interest | M | T | | | | | |
| 511. - Whitman Cnty Wash Reorg Sch Dist No 300 municipal bds | D | Interest | | | Sold | 03/20/19 | N | | See Part VIII |
| 512. - Minnesota Pub FACS Auth Clean Wtr municipal bds | C | Interest | | | Redeemed | 03/19/19 | M | | See Part VIII |
| 513. - BOSTON MASS 5.0% 01 MAR 2036 (x) | D | Interest | O | T | Open | 03/19/19 | O | | |
| 514. - MA ST TRANSN FD 5% 05-15-2021 BEO (x) | D | Interest | N | T | Open | 06/04/19 | N | | |
| 515. - MASSACHUSETTS DEPT TRANSN MET HWY SYS REV 5.0% (x) | A | Interest | M | T | Open | 11/07/19 | M | | |
| 516. - UTAH TRAN AUTH SALES TAX REV 5.25% (x) | A | Interest | N | T | Open | 12/31/19 | N | | |
| 517. - CHARLESTON S C WTRWKS & SWR REV 5.0% (x) | A | Interest | N | T | Open | 08/07/19 | N | | |
| 518. - TEWKSBURY MA MUN PURP LN 3% (x) | B | Interest | L | T | Open | 07/02/19 | L | | |
| 519. - CALIFORNIA ST 3% 10-01-2034 BEO (x) | C | Interest | | | Open | 09/17/19 | O | | |
| 520. | | | | | Sold | 11/12/19 | O | | See Part VIII |
| 521. - MARYLAND ST 4% 06-01-2025 (x) | D | Interest | | | Open | 01/03/19 | O | | |
| 522. | | | | | Sold | 07/30/19 | O | | See Part VIII |
| 523. - NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV 5% (x) | D | Interest | N | T | Open | 08/15/19 | N | | |
| 524. - Durable Capital - Class B (x) | | None | P1 | U | Open | 12/20/19 | P1 | | |
| 525. - Hillhouse Gaoling Fund (x) | | None | P2 | U | Open | 03/29/19 | P2 | | |
| 526. - Lindsell Train Global Equity LLC (x) | | None | P2 | U | Open | 10/28/19 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. - Lux Co-Invest Opportunities II (x) | | None | J | U | Open | 12/13/19 | J | | |
| 528. - Cardlytics Stock (stock distribution from Polaris Fund) (x) | | None | K | W | Open | 12/06/19 | K | | |
| 529. - S Capital Opportunity Fund (x) | | None | M | T | Open | 06/14/19 | M | | |
| 530. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 531. | | | | | Buy (add'l) | 10/25/19 | K | | |
| 532. - Whale Rock Flagship Fund LP (x) | | None | P1 | W | Open | 12/26/19 | P1 | | |
| 533. First Republic Bank, bank account (cash account) | E | Interest | P2 | T | | | | | |
| 534. Perry Partners, LP (private equity) | | None | J | U | | | | | |
| 535. Local Motors Inc Ser B pfd stock | | None | M | T | | | | | |
| 536. Local Motors Inc Ser C pfd stock | | None | N | T | | | | | |
| 537. AdoreMe Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | K | T | | | | | |
| 538. Highland Capital Partners VIII, LP | E | Distribution | M | U | | | | | |
| 539. Prosperitas Real Est Partners III LP (private equity) | | None | J | W | | | | | |
| 540. Prosperitas Real Est Partners IIIA LP (private equity) | | None | J | W | | | | | |
| 541. Prosperitas Real Est Partners IIIB LP (private equity) | | None | J | W | | | | | |
| 542. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 543. Trust # 29 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 544. - Plymouth Rock Co Inc OC Cl A com stock (closely held) | G | Dividend | P2 | T | | | | | |
| 545. - MECM Investments, LLC interest | H1 | Distribution | P4 | W | | | | | |
| 546. - First Republic Bank, Bank account (cash account) | A | Interest | K | T | | | | | |
| 547. - First Republic Bank, Bank account (cash account 2) (x) | A | Interest | N | T | Open | 01/03/19 | K | | |
| 548. Trust # 31 (H) | | | | | | | | | |
| 549. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | | | | | |
| 550. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | D | Dividend | M | T | Sold (part) | 08/15/19 | J | | See Part VIII |
| 551. - Int in MECM Investments LLC (privately held) | E | Distribution | N | W | | | | | |
| 552. - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 553. - First Republic Bank, Bank account (cash account 2) (x) | A | Interest | L | T | Open | 02/15/19 | J | | |
| 554. - Hephaestion IV LP (private equity) (x) | | None | J | W | Open | 06/30/19 | J | | |
| 555. - Hephaestion Co Inv I LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 556. - Porus Inv Hldg Co Ltd (x) | | None | J | W | Open | 06/30/19 | J | | |
| 557. - Xander Master Fund LLC (x) | | None | J | W | Open | 06/30/19 | J | | |
| 558. - Ptolemy Holdings Trust (x) | | None | P1 | W | Open | 06/30/19 | P1 | | |
| 559. Learn Our History LLC (private equity) | | None | J | W | | | | | |
| 560. Patagonia Sur, LLC (private equity) | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. Trust # 32 (H) | | | | | | | | | |
| 562. - Int in MECM Investments LLC (closely held) | E | Distribution | O | W | | | | | |
| 563. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | | | | | |
| 564. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund | B | Dividend | K | T | Sold (part) | 02/05/19 | K | | |
| 565. | | | | | Sold (part) | 11/21/19 | K | | See Part VIII |
| 566. - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 567. - First Republic Bank, Bank account (cash account 2) | A | Interest | M | T | Open | 02/15/19 | J | | |
| 568. - Hephaestion LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 569. - Hephaestion Co Inv I LP (x) | | None | J | W | Open | 06/30/19 | J | | |
| 570. - Porus Inv Hldg Co Ltd (x) | | None | J | W | Open | 06/30/19 | J | | |
| 571. - Xander Master Fund LLC (x) | | None | J | W | Open | 06/30/19 | J | | |
| 572. - Ptolemy Holdings Trust (x) | | None | P1 | W | Open | 06/30/19 | P1 | | |
| 573. Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |
| 574. RNPF Co Invest LLC (private equity) | | None | M | U | | | | | |
| 575. RP Holdings Fund II, LLC (private equity) | D | Distribution | J | U | | | | | |
| 576. Velos Partners Fund I LP (private equity) | | None | M | U | | | | | |
| 577. Proclara Biosciences Inc Ser D pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 578. Local Motors Inc Ser B-1 pfd (closely held) | | None | N | T | | | | | |
| 579. Proclara Biosciences Inc Ser E pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 580. CourtScribes Inc Ser A prim pfd (Delaware Corp) | | None | K | T | | | | | |
| 581. Blackivy LLC (private eq) | | None | N | W | | | | | |
| 582. Coastal Force Invt in Real Estate LP (private eq) | | None | O | U | | | | | |
| 583. Longpoint Realty Partners LP CL B (private eq) | | None | O | U | | | | | |
| 584. IRA Rollover # 2 (H) | | | | | | | | | |
| 585. - Vanguard Total Wrld Stock Idx Fd (VT) mutial fd | C | Dividend | M | T | Buy (add'l) | 10/30/19 | J | | |
| 586. - Federated Treasury Obliga - IS (cash equiv) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 587. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 588. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 589. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 590. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 591. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 592. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 593. | | | | | Buy (add'l) | 06/20/19 | J | | |
| 594. | | | | | Buy (add'l) | 07/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 596. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 597. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 598. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 599. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 600. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 601. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 602. | | | | | Sold (part) | 08/27/19 | J | | |
| 603. Trust # 33 (H) | | | | | | | | | |
| 604. - First Republic Bank, Bank account (cash account) | C | Interest | N | T | | | | | |
| 605. - Interest in Trust # 35 | G | Distribution | P2 | T | | | | | |
| 606. Guesty Inc Ser A pfd stock | | None | K | T | | | | | |
| 607. HST Solar Farms Inc Ser A-2 Pfd (closely held) | | None | M | W | | | | | |
| 608. Graduate Syndicate Fund I LP (private equity) | | None | N | U | | | | | |
| 609. Blackstone Distressed Securites Fund LP (private equity) | | None | J | U | | | | | |
| 610. Semma Therapeutics Inc Ser B Pfd stock | | None | O | T | Sold (part) | 10/10/19 | P1 | H1 | |
| 611. Venn 2014 LTD (private equity) | | None | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 612. Trust # 34 (H) | | | | | | | | | |
| 613. - Int in MECM Investment LLC (privately held) | G | Distribution | P2 | W | | | | | |
| 614. - First Republic Bank, Bank account (cash account) | D | Interest | O | T | | | | | |
| 615. Trust # 35 (H) | | | | | | | | | |
| 616. - Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | | | | | |
| 617. - First Republic Bank, Bank account (cash account) | A | Interest | J | T | | | | | |
| 618. Trust #36 (H) | | | | | | | | | |
| 619. - Int in MECM Investments, LLC Interest | H1 | Distribution | P2 | W | | | | | |
| 620. - First Republic Bank, Bank account (cash account)(x) | D | Interest | J | T | Open | 03/28/19 | J | | |
| 621. UBS FDIC Insured Dep PGM | A | Interest | | | Distributed (part) | 04/30/19 | M | | |
| 622. | | | | | Closed | 06/21/19 | M | | See Part VIII |
| 623. GE Capital Fin Inc UT US 3.5% | | None | | | Distributed | 03/04/19 | K | | See Part VIII |
| 624. Goldman Sachs Bank NY US 2.9% | A | Interest | | | Distributed | 03/04/19 | K | | See Part VIII |
| 625. Goldman Sachs Bank NY US 2.75% | C | Interest | | | Sold | 06/20/19 | M | C | |
| 626. GE Cap Retail Bnk UT US 2.8% | B | Interest | | | Sold | 06/20/19 | L | B | |
| 627. GE Cap Retail Bnk UT US 2.65% | A | Interest | | | Sold | 06/20/19 | K | B | |
| 628. GE Cap Retail Bnk UT US 2.45% | A | Interest | | | Sold | 06/20/19 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. Mass WTR Polltn 5.25% | A | Interest | | | Distributed | 03/04/19 | J | | See Part VIII |
| 630. MFS Inter Income 9.71% | A | Dividend | | | Distributed | 03/04/19 | J | | See Part VIII |
| 631. John Hancock Income 3.27% | A | Dividend | | | Distributed | 03/04/19 | J | | See Part VIII |
| 632. UBS Bank USA Dep Acct | A | Interest | | | Closed | 03/31/19 | J | | See Part VIII |
| 633. Goldman Sachs BK U NY 3.1% | B | Interest | | | Sold | 04/10/19 | M | D | |
| 634. Discover Bank De US 2.85% | B | Interest | | | Sold | 03/21/19 | L | C | |
| 635. BMO Harris BK Natl 2.25% | | None | | | Sold | 04/26/19 | L | D | |
| 636. Principal Investors Pref | A | Dividend | | | Sold | 04/30/19 | M | D | |
| 637. Fidelity Institutional MM | | None | | | Buy (add'l) | 02/04/19 | J | | |
| 638. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 639. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 640. | | | | | Buy (add'l) | 03/27/19 | K | | |
| 641. | | | | | Buy (add'l) | 03/28/19 | M | | |
| 642. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 643. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 644. | | | | | Sold (part) | 01/29/19 | J | | |
| 645. | | | | | Sold (part) | 03/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Sold | 04/01/19 | M | | See Part VIII |
| 647. Disney Walt co | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 648. ADP | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 649. Fiserv Inc | | None | | | Sold | 03/28/19 | J | A | |
| 650. Abbott Labs | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 651. Illumina Inc | | None | | | Sold | 03/28/19 | J | B | |
| 652. Johnson & Johnson | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 653. Alphabet Inc | | None | | | Sold | 03/28/19 | J | B | |
| 654. Analog Devices Inc | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 655. Apple Inc | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 656. Xilinx Inc | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 657. JM Sucker Company | A | Dividend | | | Sold | 03/28/19 | J | | See Part VIII |
| 658. Canadian National Railway | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 659. Halma PLC | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 660. Kerry Group PLC | | None | | | Sold | 03/28/19 | J | A | |
| 661. Koninklijke DSM | | None | | | Sold | 03/28/19 | J | A | |
| 662. L'Oreal | | None | | | Sold | 03/28/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 663.  Nestle | | None | | | Sold | 03/28/19 | J | B | |
| 664.  Novartis AG | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 665.  Novozymes | A | Dividend | | | Sold | 03/28/19 | J | C | |
| 666.  Panasonic Corp | | None | | | Sold | 03/28/19 | J | | See Part VIII |
| 667.  Unilever PLC | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 668.  Aptar Group | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 669.  Rockwell Auto | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 670.  Waste MGMT | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 671.  Xylem Inc | A | Dividend | | | Sold | 03/28/19 | J | B | |
| 672.  Danaher Corp | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 673.  Stryker Corp | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 674.  Marketaxess Holdings | A | Dividend | | | Sold | 03/28/19 | J | C | |
| 675.  Mastercard | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 676.  Paypal Holdings | | None | | | Sold | 03/28/19 | J | A | |
| 677.  New York Times | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 678.  CVS Health | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 679.  IPG Photonics | A | Dividend | | | Sold | 03/28/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 680.  Nike | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 681.  Church & Dwight Inc | A | Interest | | | Sold | 03/28/19 | J | A | |
| 682.  Salesforce Inc | A | Interest | | | Sold | 03/28/19 | J | A | |
| 683.  MA St Dev Fin 5% Agy | A | Interest | | | Sold | 03/28/19 | J | | |
| 684.  MA St DTD 5% | A | Interest | | | Sold | 03/28/19 | J | | See Part VIII |
| 685.  MA St DTD 4% | A | Interest | | | Sold | 03/28/19 | J | | See Part VIII |
| 686.  MA St DTD 5.25% 2021 | A | Interest | | | Sold | 03/28/19 | J | A | |
| 687.  MA St DTD 5.25% 2019 | A | Interest | | | Sold | 03/28/19 | J | | See Part VIII |
| 688.  MA St Health & Edl 6.25% | A | Interest | | | Sold | 03/28/19 | J | | See Part VIII |
| 689.  MA St Wtr Res 5.5% | A | Interest | | | Sold | 03/28/19 | J | | See Part VIII |
| 690.  United States Treas Nts .875% | | None | | | Sold | 03/28/19 | J | A | |
| 691.  Graduate Syndicate Fund 2 LP | | None | M | U | | | | | |
| 692.  NREP NSF III InvestCo 66 AS | | None | K | W | Buy (add'l) | 04/01/19 | L | | |
| 693. | | | | | Buy (add'l) | 10/15/19 | L | | |
| 694.  Proclara Biosciences Inc Ser F PFD | | None | J | W | | | | | |
| 695.  MECM Investments, LLC interest | G | Distribution | P2 | W | Buy (add'l) | 12/30/19 | P2 | | |
| 696.  MECM Investments, LLC interest | G | Distribution | P1 | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 697. UBS, Bank account (cash account) (H) (x) | A | Interest | | | Open | 03/05/19 | J | | |
| 698. | | | | | Closed | 09/30/19 | P1 | | See Part VIII |
| 699. - Massachusetts WTR Polltn Ser 6 5.250% (x) | | None | | | Open | 03/04/19 | J | | |
| 700. | | | | | Sold | 03/19/19 | J | | See Part VIII |
| 701. - MFS Intermediate Income 9.71% (x) | | None | | | Open | 03/04/19 | J | | |
| 702. | | | | | Sold | 03/19/19 | J | | See Part VIII |
| 703. - John Hancock Income 3.27% (x) | | None | | | Open | 03/04/19 | J | | |
| 704. | | | | | Sold | 03/19/19 | J | A | |
| 705. - GE Capital Fin Inc UT US 3.5% (x) | | None | | | Open | 03/04/19 | K | | |
| 706. | | | | | Sold | 03/19/19 | K | A | |
| 707. - Goldman Sachs Bank NY US 2.9%(x) | | None | | | Open | 03/04/19 | K | | |
| 708. | | | | | Sold | 03/19/19 | K | A | |
| 709. IRA Rollover #3 (H) (x) | | | | | | | | | |
| 710. - Federated Treasury Obliga - IS (cash equiv) (x) | A | Dividend | J | T | Open | 08/01/19 | M | | |
| 711. | | | | | Sold<br>(part) | 08/08/19 | M | | |
| 712. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd(x) | B | Dividend | M | T | Open | 08/09/19 | M | | |
| 713. Trust # 38 (H) (x) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 714. - Ropes Wealth Advisors (H) (x) | | | | | | | | | |
| 715. - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd (x) | G | Dividend | | | Open | 07/24/19 | N | | |
| 716. | | | | | Buy (add'l) | 11/27/19 | K | | |
| 717. | | | | | Sold | 12/06/19 | N | D | |
| 718. - Federated Treasury Obliga - IS (cash equiv) (x) | B | Dividend | | | Open | 07/03/19 | P1 | | |
| 719. | | | | | Sold (part) | 07/05/19 | O | | |
| 720. | | | | | Sold (part) | 07/16/19 | N | | |
| 721. | | | | | Sold (part) | 07/22/19 | J | | |
| 722. | | | | | Sold (part) | 07/23/19 | J | | |
| 723. | | | | | Sold (part) | 07/25/19 | J | | |
| 724. | | | | | Sold (part) | 07/25/19 | J | | |
| 725. | | | | | Sold (part) | 07/30/19 | J | | |
| 726. | | | | | Sold (part) | 08/14/19 | J | | |
| 727. | | | | | Sold (part) | 09/12/19 | K | | |
| 728. | | | | | Sold (part) | 09/18/19 | J | | |
| 729. | | | | | Sold (part) | 09/23/19 | J | | |
| 730. | | | | | Sold (part) | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 731. | | | | | Sold | 11/15/19 | L | | |
| 732. NVIDIA Corporation (x) | A | Dividend | | | Open | 01/29/19 | J | | |
| 733. | | | | | Sold | 03/28/19 | J | A | |
| 734. Teladoc Health Inc (x) | | None | | | Open | 01/29/19 | J | | |
| 735. | | | | | Sold | 03/28/19 | J | | See Part VIII |
| 736. | | | | | | | | | |
| 737. | | | | | | | | | |
| 738. | | | | | | | | | |
| 739. | | | | | | | | | |
| 740. | | | | | | | | | |
| 741. | | | | | | | | | |
| 742. | | | | | | | | | |
| 743. | | | | | | | | | |
| 744. | | | | | | | | | |
| 745. | | | | | | | | | |
| 746. | | | | | | | | | |
| 747. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A.  Reference is made to Trust #4 of which ▮▮▮▮ is a co-trustee.   NOTE:  All asssets have been separately reported on the FDR and properly disclosed.
B.  Reference is made to Trust #38 of which ▮▮▮▮ is a trustee.   NOTE:  All asssets have been reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A.  Items listed on calendar year 2018 Financial Disclosure Report (FDR) and excluded for calendar year 2019 do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

Item 1: Venture Investors Fund, LP  - There was no reportable gain on the sale.
Item 2: Tucker Anthony Private Equity Fund III - There was no reportable gain on the sale.
Item 3: Baupost Value Partners LP I - There was no reportable gain on the redemption.
Item 44: Battery Ventures VI L.P - There was no reportable gain on the redemption.
Item 48: Friends of Lime Rock III LP - There was no reportable gain on the redemption.
Item 61: Int in MECM Investments LLC (privately held) - A portion of this asset was distributed to Trust #28, see Item #109.
Item 76: Hephaestion LP - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #103, Item #114, Item 554 and Item 568, respectively.
Item 77: Hephaestion Co-invest I LP - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #104, Item #115, Item #555  and Item #569, respectively.
Item 78: Porus Invt Hldg Co Ltd LP - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #105, Item #116, Item #556 and Item #570, respectively.
Item 79: Xander Master Fund LLC - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #106, Item #117, Item #557 and Item #571, respectively.
Item 80: Ptolemy Finance LLC (private eq) - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #107, Item #118, Itemy 558 and Item #572, respectively.
Item 81: MECM Investments, LLC interest - This asset was distributed and split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #100, Item #109, Item 551 and Item #562, respectively.
Item 83: First Republic Bank, Bank account (cash account) - This asset was split equally between Trust #27, Trust #28, Trust #31 and Trust #32.  See Item #101, Item #112, Item #552 and Item #566, respectively.
Item 122: Chatham Cty GA Municipal Bds - There was no reportable gain on the redemption.
Item 124: Hawaii St bds, municipal bds - There was no reportable gain on the redemption.
Item 125: MA St Dev Fin Agy Bds, municipal bds - There was no reportable gain on the redemption.
Item 126: WI St Trans Rev Bds, municipal bds - There was no reportable gain on the redemption.
Item 133: PA Econ Dev Fing Auth municipal bds - There was no reportable gain on the sale.
Item 137: Frontier MFG Global Equity Fd Instl (FMGEX) mutual fd - Asset was combined with Frontegra MFG Global Equity Instl (mutual FD), see Item #381.
Item 140: Western Mich Univ Rev municipal bds - There was no reportable gain on the redemption.
Item 141: DL Partners Opportunities Fd LP (private eq) - There was no reportable gain on the redemption.
Item 147: Governors Lane Onshore Fund LP (private equity - There was no reportable gain on the redemption.
Item 391: BURLINGTON CNTY N J FLTG RT 2.5% 01-15-2026 BEO - There was no reportable gain on the sale.
Item 392: MARICOPA CNTY ARIZ SCH DIST NO 001 PHOENIX ELEM 5% - There was no reportable gain on the sale.
Item 393: ODESSA TEX JR COLLEGE DIST 5% 08-15-2027BEO - There was no reportable gain on the sale.
Item 394: SAN ANTONIO TEX WTR REV 5% 05-15-2026 BEO - There was no reportable gain on the sale.
Item 398: Marathon UCITS Funds -  International Equity F(private equity) - There was no reportable gain on the redemption.
Item 409: CL IV Inc LLC (private eq) - This asset was combined into Castlelake IV LP (private eq), see Item #408.
Item 455: Independent Franchise Partners US Eq Fd (IFPUX) mutual Fd  - This asset was combined with Independent Fran Part EQ FD (mutual FD), see item #349.
Item 458: Kensico Associates LP (private equity) - There was no reportable gain on the redemption.
Item 484: PAR Investment Partners LP (private equity) - There was no reportable gain on the redemption.
Item 487: Polaris Vent Part Entrep Fd V LP  - The Polaris Vent Part Entrep Fd V LP investment distributed Cardiyictis stock, see item #533.
Item 496: Vanguard Dvd Apprec Ind-adm (VDADX) mutual FD  - Item merged with Vanguard Dividend Apprec IDX Admiral (mutual fd), see item #383.
Item 505: Florida St Brd Ed Pub municipal bds - There was no reportable gain on the redemption.
Item 509: New York ST Dorm Auth Revs Non St municipal bond - There was no reportable gain on the redemption.
Item 511: Whitman Cnty Wash Reorg Sch Dist No 300 municipal bds - There was no reportable gain on the sale.
Item 512: Minnesota Pub FACS Auth Clean Wtr municipal bds - There was no reportable gain on the redemption.
Item 519: CALIFORNIA ST 3% 10-01-2034 BEO - There was no reportable gain on the sale.
Item 521: MARYLAND ST 4% 06-01-2025 - There was no reportable gain on the sale.
Item 550: Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd - There was no reportable gain on the sale.
Item 564: Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund - There was no reportable gain on the sale.
Item 621: UBS FDIC Insured Dep PGM  - the UBS account was closed and funds were distributed to UBS, Bank account (cash account), see item #697.
Item 623: GE Capital Fin Inc UT US 3.5% - This asset was distributed to a new UBS account, see item #705
Item 624: Goldman Sachs Bank NY US 2.9% - This asset was distributed to a new UBS account, see item #709
Item 629: Mass WTR Polltn 5.25% - This asset was distributed to a new UBS account, see item #699
Item 630: MFS Inter Income 9.71% - This asset was distributed to a new UBS account, see item #701

# FINANCIAL DISCLOSURE REPORT

Page 50 of 51

**Name of Person Reporting**

**SARIS, PATTI B.**

**Date of Report**

05/05/2020

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 631: John Hancock Income 3.27% - This asset was distributed to a new UBS account, see item #703

Item 637: Fidelity Institutional MM - There was no reportable gain on the sale.

Item 657: JM Sucker Company - There was no reportable gain on the sale.

Item 666: Panasonic Corp - There was no reportable gain on the sale.

Item 683: MA St Dev Fin 5% Agy - There was no reportable gain on the sale.

Item 684: MA St DTD 5% - There was no reportable gain on the sale.

Item 685: MA St DTD 4% - There was no reportable gain on the sale.

Item 687: MA St DTD 5.25% 2019 - There was no reportable gain on the sale.

Item 688: MA St Health & Edl 6.25% - There was no reportable gain on the sale.

Item 689: MA St Wtr Res 5.5%  - There was no reportable gain on the sale.

Item 697: UBS, Bank account (cash account) - The account was closed and funds were transfered to Trust #38, see item #713.

Item 699: Mass WTR Polltn 5.25% - There was no reportable gain on the sale.

Item 701: MFS Inter Income 9.71% - There was no reportable gain on the sale.

Item 734: Teladoc Health Inc - There was no reportable gain on the sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544